IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| SARAH B.,[1] | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) Civil Action No. 1:17-CV-080-C-BL |

## ORDER

Plaintiff appealed an adverse decision of Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge entered a Report and Recommendation on June 29, 2018. Plaintiff timely filed written objections on July 12, 2018. Defendant has not filed any objections, or any response to Plaintiff's objections, and the time to do so has now expired.

The Court has conducted a *de novo* review of the Report and Recommendation and finds that Plaintiff's objections should be **OVERRULED**. It is, therefore, **ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court, that the decision of the Commissioner is **AFFIRMED**, and that the above-styled and -numbered cause is **DISMISSED WITH PREJUDICE**.

SO ORDERED this 6th day of August, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] To protect privacy concerns of plaintiffs in social security cases, the undersigned identifies the Plaintiff only by first name and last initial.